121 A.3d 384

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. MI-
CHAEL CASSELLA (A/K/A MICHAEL J. CASELLA AND
MIKE CASSELLA), DEFENDANT–PETITIONER.

July 30, 2015.

It is ORDERED that the petition for certification is granted,
and the matter is summarily remanded to the Superior Court,
Law Division, for a new suppression hearing in order that exigen-
cy may be assessed on a newly developed and more full record in
light of the Court's holding in *State v. Adkins*, 221 *N.J.* 300, 113
*A.*3d 734 (2015). Jurisdiction is not retained.

121 A.3d 385

BRIAN ROYSTER, PLAINTIFF–PETITIONER, v. NEW JERSEY
STATE POLICE AND JOSEPH R. FUENTES, DEFENDANTS–
RESPONDENTS, AND OFFICE OF THE ATTORNEY GENER-
AL, MARSHALL BROWN, TIMOTHY GOSS, THOMAS GILBERT,
KENNETH ROWE, PATRICK REILLY, ALAN TERPANICK,
DEBORAH EDWARDS, D.A.G., DAVID ROSENBLUM, D.A.G.,
ALFRED RAMEY, A.A.G., AUSTIN O'MALLEY, PETER VAN
IDERSTINE, STEPHEN SERRAO, WILLIAM LUCAS, MAR-
SHALL CRADDOCK, DAVID JONES, AND MARK DOYLE, DE-
FENDANTS.

September 14, 2015.

It is ORDERED that the petition for certification is granted
limited to the issues of whether defendants were entitled to
immunity on plaintiff's claim under the Americans with Disabilities
Act and whether defendants' waived that immunity.